# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BROWARD CARNLEY; JOHN CLEARY;
CHRIS SPIRES; and BRAD IMMEKUS,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

vs.                           CASE NO. 5:09cv93/RS/AK

GAC CONTRACTORS, INC. and
LLOYD CHARLES HILTON, JR.,

      Defendants.

_____/

## ORDER

Before me are Defendants' Motion to Dismiss Defendant Lloyd Charles

Hilton, Jr. (Doc. 11) and Plaintiffs' Opposition to Defendant Hilton's Motion to

Dismiss and Motion for Leave to Conduct Discovery under Fed.R.Civ.P. 56.1

(Doc. 20).

In order to overcome a motion to dismiss, a plaintiff must allege enough

facts to state a claim to relief that is plausible on its face. *See Bell Atlantic Corp. v.*

*Twombly*, 550 U.S. 544, 127 S. Ct. 1955 (2007).  A wholly conclusory statement of

a claim will not suffice. *Id*. When ruling on a motion to dismiss, all factual

allegations in the complaint must be accepted as true. *Id*.

Plaintiffs' Complaint (Doc 3-2) alleges that Defendant Lloyd Charles Hilton, Jr. is the chief executive officer of Defendant GAC Contractors, Inc. and that he is involved in making decisions about wages for Defendant GAC Contractors, Inc. Both parties agree that a corporate officer with operational control of the corporation's covered enterprise is an employer along with the corporation and jointly and severally liable under the Fair Labor Standards Act for unpaid wages. *Patel v. Wargo*, 803 F.2d 632, 637-38 (11th Cir. 1986) (*citing Donovan v. Agnew*, 712 F.2d 1509, 1511 (1st Cir.1983)).  The allegations in the complaint satisfy the requirements of *Twombly*, 550 U.S. 544, 127 S. Ct. 1955.  Defendants' motion requires consideration of facts not presented on the face of the complaint, and, therefore, should be made as a motion for summary judgment when an appropriate factual record has been developed.

Defendants' Motion to Dismiss Defendant Lloyd Charles Hilton, Jr. (Doc. 11) is DENIED.


**ORDERED** on April 20, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**