IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CIVIL ACTION FILE NO.

Broward Carnley, John Cleary, Chris
Spires, Brad Immekus, individually and
on behalf of all others similarly situated,

5:09-CV-00093

     Plaintiffs,

     v.

GAC Contractors, Inc. and Lloyd Charles
Hilton, Jr.

     Defendants.

**NOTICE OF FILING
AND SUMMARY OF DEFENDANTS' ATTORNEY TIME RECORDS**

Defendants hereby give notice of the filing of the following summary of attorney time records pursuant to N.D. Fla. Loc. R. 54.1. The time records are filed herewith under seal.

Attorney Hours (through June 30, 2009):

| | |
|---|---|
| Jacalyn N. Kolk | 9.20 Hours |
| Patricia G. Griffith | 9.60 Hours |

Ben Welling                    0.10  Hours

TOTAL (through June 30, 2009):          18.90 Hours

RESPECTFULLY SUBMITTED this 15th day of July, 2009.

GAC CONTRACTORS, INC. and
LOYD CHARLES HILTON, JR.,
Defendants,

By:    s/Jacalyn N. Kolk
       Jacalyn N. Kolk, Esq.
       Florida Bar No. 341053
       Jacalyn N. Kolk, P.A.
       P.O. Box 59462
       Panama City, FL  32412
       Telephone:  (850) 785-0535
       Facsimile:  (850) 769-3456
       jnkolk@cs.com

       Patricia G. Griffith, Esq.
       Georgia Bar No. 311928
       Ford & Harrison LLP
       1275 Peachtree Street, N.E.
       Suite 600
       Atlanta, Georgia  30309
       Telephone: (404) 888-3800
       Facsimile: (404) 888-3863
       pgriffith@fordharrison.com

       Attorneys for GAC Contractors, Inc.
             and Loyd Charles Hilton, Jr.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 15th day of July, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sean Culliton, Esq.
2108 Delta Way
Tallahassee, FL  32303
sean.culliton@gmail.com

John C. Davis, Esq.
623 Beard Street
Tallahassee, FL  32303
john@johndavislaw.net


<u>s/Jacalyn N. Kolk</u>
Attorney Signature